IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | |
|---|---|---|
| | ) | Case No: 06-06087 |
| **Hanover Corporation, LLC** | ) | Chapter 7 |
| One Lakeview Place | ) | Judge Keith M. Lundin |
| 25 Century Boulevard, Suite 208 | ) | |
| Nashville, TN 37214 | ) | |
| Debtor. | ) | |

**DEADLINE FOR FILING A TIMELY RESPONSE IS: April 10, 2014**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: April 22, 2014 @ 9:00 a.m., Courtroom II, Second Floor Customs House, 701 Broadway, Nashville, Tennessee, 37203.**

### NOTICE OF AMENDED MOTION TO WITHDRAW UNCLAIMED FUNDS

**Viola Hamilton**, by and through counsel, has asked the Court for the following relief: Motion to Withdraw Unclaimed Funds.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before April 10, 2014, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. **Your response must state that the deadline for filing responses is April 10, 2014, the date of the scheduled hearing is April 22, 2014 and the motion to which you are responding is Motion to Withdraw Unclaimed Funds.**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

   David G. Mangum, Attorney for Movant, 2303 Franklin Road, Nashville, TN 37204
   Eva M. Lemeh, 4300 Kings Lane, Nashville, TN 37218
   U.S. Trustee, 701 Broadway, Ste 318, Nashville, TN 37201

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at https://ecf.tnmb.uscourts.gov. If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: 3/20/14

*/s/ David G. Mangum*
David G. Mangum, #013322
2303 Franklin Road
Nashville, TN 37204
Ph: (615) 255-8690
Fax: (615) 255-2766
notice@davidmangum.com

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 06-06087 |
| **Hanover Corporation, LLC** ) | Chapter 7 |
| One Lakeview Place ) | Judge Keith M. Lundin |
| 25 Century Boulevard, Suite 208 ) | |
| Nashville, TN 37214 ) | |
| Debtor. ) | |

_____

## AMENDED MOTION TO WITHDRAW UNCLAIMED FUNDS
_____

Viola Hamilton, [through counsel], moves this Court for entry of an order directing the Clerk to remit to the applicant the sum of $13,394.42, which was deposited into the Treasury of the United States as unclaimed funds for the creditor, Viola Hamilton.

Applicant certifies, under penalty of perjury, that:

(1) Applicant has conducted a reasonable investigation.

(2) The money on deposit with the Treasury of the United States is owed to the Creditor.

(3) The funds sought have not been paid to the creditor or to any agent on the creditor's behalf.

(4) Applicant has authority to collect the funds on behalf of the creditor as evidenced by the attached original Limited Power of Attorney from creditor or duly authorized representative for the creditor.

(5) No other motion is pending for recovery of the same unclaimed funds.

(6) Applicant has complied fully with the requirements of 28 U.S.C. § 2042.

*/s/ David G. Mangum*
David G. Mangum, #013322
2303 Franklin Road
Nashville, TN 37204
Ph: (615) 255-8690
Fax: (615) 255-2766
notice@davidmangum.com
Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2014, I mailed a copy of the foregoing to the United States Attorney, 110 Ninth Avenue, South, Suite A-961, Nashville, TN 37203-3870; United States Trustee, 701 Broadway, Customs House, Suite 318, Nashville, TN 37203; Case Trustee, Eva M. Lemeh, 4300 Kings Lane, Nashville, TN 37218; Debtor, Hanover Corporation, LLC, One Lakeview Place, 25 Century Boulevard, Suite 208, Nashville, TN 37214; Debtor's Attorney, Hanover Corporation, LLC, PRO SE; Creditor (address from court record), Viola Hamilton, 309 Wilshire Drive, Lawrence, KS 66049; and current creditor address, Viola Hamilton, 3624 W. Timber Court, Lawrence, KS 66049.

*/s/ David G. Mangum*
**David G. Mangum**

Attachments:

(1) Limited Power of Attorney with original signature and proper notary, if creditor is represented by an agent or attorney, and a sworn affidavit with original signatures stating that the agent or attorney is aware of the legal requirements for representing an individual or entity in recovery of assets.
(2) Proof of identity of individual or corporate creditor: If creditor is a corporation, Articles of Incorporation showing officers and identification of officer signing the request. If the creditor is an individual, a copy of the individual driver's license or social security card.
(3) Any supporting documentation that proves the individual or corporation is entitled to the funds requested. This can be in the form of a copy of the proof of claim or the order of distribution.