IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: **HANOVER CORPORTATION LLC** )  CASE NO: 06-06087-KML3-7
) CHAPTER 7
Debtor(s) ) HONORABLE JUDGE KEITH LUNDIN
)
)
)

## MOTION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Bryan K. Etheridge, pro se, moves this Court for an order directing the Clerk to remit to the applicant the sum of $2,232.40, which was deposited into the Treasury of the United States as unclaimed funds for Bryan Etheridge, "Claimant".

Applicant certifies, under penalty of perjury that:

(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to the Claimant.
(3) The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf.
(4) Applicant is the Claimant.
(5) No other motion is pending for recovery of the same unclaimed funds.
(6) Applicant has complied fully with the requirements of 28 U.S.C. 2042

Dated: 4/2/2014

Bryan K. Etheridge
1725 Sullivan Rd.
Goreville, IL 62939
(618) 922-5808

Subscribed and sworn to before

me this 2nd day of April, 2014.

Notary Public

OFFICIAL SEAL
LISA J SWAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/20/14

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2014, I mailed a copy of the foregoing to the U.S. Attorney, 110 Ninth Avenue, South, Suite A-961, Nashville, TN, 37203-3870, the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN, 37203, Hanover Corporation LLC, 25 Century Blvd. #208, Nashville, IL 37203, and Eva M. Lemeh, 4300 Kings Lane, Nashville, TN 37218.

*Bryan K. Etheridge*    Bryan K. Etheridge

**Attachments:**

(1) **Proof of identity**
(2) **Proof that the funds are owed to the Claimant**
(3) **Notice of Motion**

| Case | Date | Debtor | Creditor | Amount |
|---|---|---|---|---|
| 06-05118 | 12/28/2010 | JOHNSON, KEVIN AND CHASITY, | JOHNSON, KEVIN AND CHASITY, | 1004.77 |
| 06-05313 | 01/27/2012 | MOSES EDWARD DUMAS, | ROCKY MTN COLLECTION, | 45.71 |
| 06-05313 | 03/20/2012 | MOSES EDWARD DUMAS, | ACADAMEY BANK NA, | 90.84 |
| 06-05691 | 12/23/2009 | YACKLE II, JOHN THOMAS, | YACKLE II, JOHN THOMAS, | 272.00 |
| 06-05833 | 12/23/2011 | BARTON, MELISSA R, | HSBC AUTO FINANCE, | 56.37 |
| 06-05848 | 07/23/2010 | SCRUGGS, LEWIS, | SPRINT NEXTEL, | 55.39 |
| 06-06077 | 01/23/2013 | TIMOTHY THOMAS MCQUEEN, | BANK OF AMERICA, | 239.72 |
| 06-06077 | 01/23/2013 | TIMOTHY THOMAS MCQUEEN, | BANK OF AMERICA, | 136.15 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | TOMMY AND LOUISE KEEN, | 669.73 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | JAMES & VIRGINA PRICE, | 2232.40 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | RONALD & MARIA ZUBKO, | 10492.30 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | CALVIN D FRENTRUP, | 9376.10 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | BRYAN ETHEREIDGE, | 2232.40 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | JEAN S NICHOLAS, | 8706.38 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | VIOLA HAMILTON, | 13394.42 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | WALTER & NANCY HURST, | 2678.88 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | BEVERLY A COAHRAN ADM FOR EL | 6697.21 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | PATRICIA J. KELLEY, | 4464.81 |
| 06-06087 | 12/23/2013 | HANOVER CORPORATION, LLC, | VERGENE R SMITH, | 4643.40 |
| 06-06320 | 11/22/2010 | DULWORTH, SHIRLEY, | MACON CO GENERAL, | 43.75 |
| 06-06398 | 03/09/2010 | HENSON, JR., ROBERT AND RAND | PACE, | 90.57 |
| 06-06413 | 03/20/2012 | DAVID WAYNE CLIFFT, | WASHINGTON MUTUAL FIANNCE, | 50.35 |
| 06-06558 | 02/29/2012 | FOX, STEVE, | MTMC, | 290.75 |
| 06-06642 | 12/17/2008 | GAINES, VIVIAN D, | GAINES, VIVIAN, | 34.68 |
| 06-07073 | 12/28/2012 | ELIZABETH SMITH WIGGINS, | ELIZABETH SMITH WIGGINS, | 269.87 |
| 06-07598 | 01/27/2012 | PHILLIP WAYNE ELLIOTT, | HSBC AUTO FINANCE, | 176.16 |
| 06-07598 | 02/29/2012 | PHILLIP WAYNE ELLIOTT, | HSBC AUTO FINANCE, | 163.13 |
| 06-07598 | 03/20/2012 | PHILLIP WAYNE ELLIOTT, | HSBC AUTO FINANCE, | 91.12 |
| 06-07598 | 03/20/2012 | PHILLIP WAYNE ELLIOTT, | HSBC AUTO FINANCE, | 311.82 |
| 06-07616 | 11/19/2008 | HEAD, VIRGINIA L, | HEAD, VIRGINIA, | 59.09 |
| 06-07708 | 12/23/2009 | GROVER, RICHARD, | 4500 ASHLAND CITY RD, | 259.00 |
| 07-00098 | 02/29/2012 | MICHAEL DON VICTORY, | HSBC AUTO FINANCE, | 45.43 |
| 07-00098 | 03/20/2012 | MICHAEL DON VICTORY, | HSBC AUTO FINANCE, | 137.67 |
| 07-00098 | 07/24/2012 | MICHAEL DON VICTORY, | HSBC AUTO FIN, | 235.07 |
| 07-00122 | 01/27/2012 | PHILLIPS, KENNETH AND HILMA, | MACON CO GENERAL HOSPITAL, | 376.68 |
| 07-00122 | 12/06/2011 | PHILLIPS, KENNETH AND HILMA, | MACON CO GEN HOSP, | 327.82 |
| 07-00122 | 12/23/2011 | PHILLIPS, KENNETH AND HILMA, | MACON GENERAL HOSPITAL, | 308.99 |
| 07-00124 | 03/20/2012 | JANICE LEIGH HALEY, | CITIFINANCIAL AUTO, | 109.61 |
| 07-00164 | 10/20/2009 | WATSON, LIZZIE M., | BAPTIST HOSPITAL, | 1806.98 |
| 07-00327 | 05/23/2012 | LILLIAN COPLEN PHIFER, | CITIFINANCIAL AUTO CORP, | 71.60 |
| 07-00327 | 06/21/2012 | LILLIAN COPLEN PHIFER, | CITIFINANCIAL AUTO CORP, | 71.59 |
| 07-00400 | 07/13/2009 | LIPSCHUTZ, JAY, | BAPTIST HOSPITAL, | 79.32 |
| 07-00516 | 03/20/2012 | CAROL EVANS BEHNE, | HSBC AUTO FINANCE, | 228.29 |
| 07-00516 | 05/23/2012 | CAROL EVANS BEHNE, | HSBC AUTO FINANCE, | 207.76 |
| 07-00516 | 07/24/2012 | CAROL EVANS BEHNE, | HSBC AUTO FINANCE, | 26.04 |
| 07-00656 | 10/25/2011 | CONCORD MGT, | POB 210166, | 27.44 |
| 07-00695 | 04/22/2011 | MOCK, CHRISTOPHER, | MACON CTY GENERAL HOSP, | 67.34 |
| 07-00742 | 04/30/2010 | EASTRIDGE, SHANNON, | WORLDWIDE ASSET PRUCHASING, | 31.28 |
| 07-00743 | 05/23/2012 | JACKIE CLAUDE PEEK, | HSBC AUTO FINANCE, | 39.82 |
| 07-00743 | 05/23/2012 | JACKIE CLAUDE PEEK, | POB 60130, | 88.12 |
| 07-00743 | 06/21/2012 | JACKIE CLAUDE PEEK, | HSBC, | 697.53 |
| 07-00743 | 06/21/2012 | JACKIE CLAUDE PEEK, | HSBC AUTO, | 315.17 |



