IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
HANOVER CORPORATION, LLC,    )
Debtor    )  CHAPTER  7
One Lakeview Place    ) CASE NO. 06-06087-KL
25 Century Blvd.,  Ste.  208    )
Nashville,  TN  37214    )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  June 4, 2014**

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: July 10, 2014, at 9:30 A.M. at L. Clure Morton Federal Building & Post Office, 9 Broad Street, Cookeville, Tennessee.**

DEBTORS , have asked the court for the following relief:  **MOTION TO WITHDRAW UNCLAIMED FUNDS**

      **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before June 4, 2014 you or your attorney must:

1.    **File with the court your written response or objection explaining your position at:**

    By Mail:      US Bankruptcy Court, PO Box 24890, Nashville, TN 37202-489090
    In Person:    US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
                (Monday - Friday, 8:00 A.M. - 4:00 P.M.)

**2. Your response must state that the deadline for filing responses is June 4, 2014    the  date  Of  the scheduled hearing is  July 10, 2014;  and the motion to which you are**
    **responding    Is: Motion to Withdraw Unclaimed Funds.**
    If you want a file stamped copy returned, you must include an extra copy and a self-
    addressed, stamped envelope.
3.    **You must also mail a copy of your response to:**
    Howard G. Pick
    Attorney for Debtors
    P.O. Box 3285
    Crossville, TN 38557
    If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date: _May 13, 2014                    ***/S/ Howard G. Pick***
                                     Howard G. Pick #017686
                                     Attorney for Debtors
                                     P.O. Box 3285
                                     Crossville, TN 38557
                                     (931)456-8999   (931) 456-8989Fax
                                    **HGPICK@CITLINK.NET**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| HANOVER CORPORATION, LLC, | ) |
| Debtor | ) CHAPTER 7 |
| One Lakeview Place | ) CASE NO. 06-06087-KL |
| 25 Century Blvd., Ste. 208 | ) |
| Nashville, TN 37214 | ) |

## MOTION TO WITHDRAW UNCLAIMED FUNDS

Now Comes Max Bryant, Executor and beneficiary of the Estate of Elsie Bryant, and moves this Court for an Order directing the Clerk to remit to the applicant the sum of $ 6,697.21, which was deposited into the Treasury of the United States as unclaimed funds for the creditor being the Estate of Elsie Bryant (deceased).

Applicant certifies, under penalty of perjury, that:

1. Applicant has conducted a reasonable investigation .
2. The money on deposit with the United States Treasury is owed to the Claimant, Max Bryant as executor for the Estate of Elsie Bryant.
3. The funds sought have not been paid to the Creditor (Claimant) or to any agent on the Creditor's behalf.
4. Applicant is Claimant and has authority to collect the funds on behalf of the creditor as evidenced by the attached Affidavit, Last Will & Testament, Death Certificate, Photo ID and copy of Trustees Report of Unclaimed Funds.
5. No other motion is pending for recovery of the same unclaimed funds.
6. Applicant has complied fully with the requirements of 28 USC 2042.

This 13th Day of May, 2014

### /S/  HOWARD G. PICK__

Howard G. Pick  # 07686
Post Office Box 3285
Crossville, TN 38557
(931)456-8999 (931) 456-8989 fax
**HGPICK@CITLINK.NET**

CERTIFICATE OF SERVICE

I hereby certify that on the 13th of May, 2014 I served a copy  of the forgoing Notice, Motion and Proposed Order to Withdraw Funds from the Registry of the Court to the US Attorney,  110 Ninth Ave. South,  Ste. A-961 Nashville TN 37203; US Trustee, 701 Broadway, Customs House, Ste. 318 Nashville, TN  37203; Chapter 7 Trustee Eva Lemeh,  4300 Kings Lane Nashville, TN 37218 via ECF Electronic Court Mail; and mailed a notice via first class mail to the    Debtor and Debtors Attorney(Pro Se) Hanover Corp, LLC One Lakeview Place, 25 Century Blvd. Ste. 208, Nashville,  TN. 37218;  Max Bryant 5 South St, Randolph, VT 05060.

/S/ Howard G. Pick
Howard G. Pick
Attorney For Max Bryant

# PROPOSED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| HANOVER CORPORATION, LLC, | ) |
| Debtor | ) CHAPTER 7 |
| One Lakeview Place | ) CASE NO. 06-06087-KL |
| 25 Century Blvd., Ste. 208 | ) |
| Nashville, TN 37214 | ) |

## ORDER

BEFORE the court is the Motion of Max Bryant, Claimant in the above captioned case, who is requesting this Court enter an Order directing payment of funds being held in the Registry of the Court

Claimant, Max Bryant having fully complied with Local Bankruptcy Rule 3011-1and LBR 9013; and no Creditors or Parties in Interest having timely Objected.

This Court finds the Claimants Motion is well founded.

The funds held in the Registry of this Court for Elsie Bryant (deceased) in the amount of $ 6,697.21 shall be released to Max Bryant.

IT IS ORDERED the Clerk remit to Max Bryant the sum of $ 6,697.21 which is deposited in the Treasury of the United States as unclaimed funds.


AAPOVED FOR ENTRY:

**__/S/ HOWARD G. PICK_**

Howard G. Pick, Esquire #017686          *This Order Was Signed and Entered*
Post Office Box 3285                               *Electronically as Indicated at the Top Of*
Crossville, TN 38557                                     *The First Page*
(931)456-8999 / (931) 456-8989 Fax
**HGPICK@CITLINK.NET**