IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | ) |
| HANOVER CORPORATION, LLC., | ) CASE NO. 06-06087-KL2-7 |
| One Lakeview Place | ) |
| 25 Century Blvd., Ste. 208 | ) CHAPTER 7 |
| Nashville, TN 37214 | ) |
|     Debtor. | ) |

## SWORN DECLARATION

1. My name is Max Bryant.

2. That I am over the age of 18 and a resident of the United States of America.

3. That Elsie Bryant was a widow when she died on 1/24/2008 and that I am the Executor of the Estate of Elsie Bryant as evidenced by the supporting Documents filed as an attachment to this motion.

4. That my sister Beverly Cochran is deceased and I am the sole executor of the Estate of Elsie Bryant.

5. That a Proof of Claim was filed and allowed in the above captioned Bankruptcy Case. The Proof Of Claim included supporting documentation evidencing Elsie Bryant is a creditor and has a right to a pro rata share of funds recovered by the Chapter Trustee in the above captioned Bankruptcy case.

6. That I have been notified that there are unclaimed funds in the Registry of the United States Bankruptcy Court that are owed to Elsie Bryant or her Estate.

7. That as Executor of the Estate of Elsie Bryant, I have the right and the only right to any funds owed Elsie Bryant or her Estate.

8. That I hired Howard G. Pick, an Attorney licensed to practice Law in the State of Tennessee and the United States Bankruptcy Court for the Middle District of Tennessee to file a motion to withdraw any and all unclaimed funds due Elsie Bryant or her Estate.

9. That I declare that all of the information contained in heretofore Affidavit true and correct.

This __5__ Day of __May__, 2014.

/S/ Max Bryant
Max Bryant
5 South Street
Randolph, VT 05060
(802) 728-3703

STATE OF __NH__
COUNTY OF __Grafton__

    Personally Appeared before me, the undersigned, a Notary Public, in and for said County and State, Max Bryant, the within named , a person with whom I am personally acquainted, or proved to me on the basis of satisfactory evidence, and who under oath acknowledged that he executed the within Affidavit for the purposes therein contained.

    WITNESS my hand and official seal this __5__ Day of __May__, 2014.

_Tammy Barrile_
Notary Public

My Commission Expires: __My Commission Expires March 26, 2019__

TAMMY A. BARRILE
Notary Public - New Hampshire
My Commission Expires March 26, 2019

