IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  )
        )
HAnover Corporation LLC )  CASE NO. 306-bk-06087
        )  CHAPTER
Debtor(s). )  JUDGE
        )

**MOTION TO WITHDRAW UNCLAIMED FUNDS**

[Name of applicant], [through counsel], moves this Court for an order directing the Clerk to remit to the applicant the sum of [$], which was deposited into the Treasury of the United States as unclaimed funds for [name of individual or entity for whom funds are on deposit] ("Claimant").

Applicant certifies, under penalty of perjury, that:

(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to the Claimant.
(3) The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf.
(4) Applicant is the Claimant; or Applicant has authority to collect the funds on behalf of the Claimant as evidenced by the attached Power of Attorney or other proof that Applicant is an authorized representative for the Claimant.
(5) No other motion is pending for recovery of the same unclaimed funds.
(6) Applicant has complied fully with the requirements of 28 U.S.C. § 2042.

Dated:

_____
[Attorney for Applicant]
[Address]
[Phone number]

5/9/14  Nancy A. Hurst
        Walter C. Hurst
                                    5/9/14

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lisa J. Grimm, Notary Public
Drumore Twp., Lancaster County
My Commission Expires March 24, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

APPENDIX C-1

Case 3:06-bk-06087   Doc 235   Filed 05/13/14   Entered 05/14/14 09:07:04   Desc Main
Document      Page 1 of 2

May 9, 2014

To Whom It May Concern:

For Withdrawl Unclaimed Funds
Hanover Corporation LLC - Debtors  306-bk-06087

Upon receiving a "letter of intent to recover unclaimed funds for Walter and Nancy Hurst from a company", I, Nancy Hurst contacted the U.S. Bankrupty Court for The Middle District of Tennessee.

A check was issued to Walter and Nancy Hurst but was not delivered or cashed. We, Walter and Nancy Hurst moved to Pennsylvania in February 2009, the court did not have the new address.

The web site was found and the names of the claimants were listed for the amount of $2,678.88 for Walter and Nancy Hurst from the debtors Hanover Corporation LLC.

As the claimants, we are requesting the funds be sent to the above Walter & Nancy Hurst.

Sincerely,
Nancy A. Hurst

Address:
65 Knollwood Rd.
Millersville, PA 17551
717-872-5267

5/9/14

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lisa J. Grimm, Notary Public
Drumore Twp., Lancaster County
My Commission Expires March 24, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

5/9/14

Nancy A. Hurst
Walter C. Hurst