Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 3:06−bk−06087
Chapter: 7
Judge: Keith M Lundin

In Re:
    Hanover Corporation, LLC
    One Lakeview Place
    25 Century Boulevard, Suite 208
    Nashville, TN 37214

Social Security No.:

Employer's Tax I.D. No.:
    00−0000000

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 6/24/14 at 09:00 AM

to consider and act upon the following:

*234* – Motion and Notice for Payment Unclaimed Funds in the amount of 6,697.21.If timely response hearing will be held on 7/10/2014 at 09:30 AM at L. Clure Morton Federal Bldg and Post Office 9 Broad St. Cookeville TN 38501. Responses due by 6/4/2014. (Attachments: # 1 Supplement Affidavit & ID # 2 Supplement Last Will # 3 Supplement Trustees Report) Certificate of Service Mailed on 05/13/2014. Filed on the behalf of: Creditors Max Bryant, Max Bryant (RE: related document(s)206). (PICK, HOWARD)

Update to original notice, if any:

Notice of Hearing on Motion and Notice for Payment of Unclaimed Funds– Filed by Max Bryant – Hearing scheduled 6/24/2014 at 09:00 AM at Courtroom 2 2nd Floor Customs House 701 Broadway Nashville TN 37203. (RE: related document(s)234) (klp)

Dated: 6/4/14

                                        MATTHEW T LOUGHNEY
                                        Clerk, U.S. Bankruptcy Court

                                        BY: klp
                                        Deputy Clerk