IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re: )
HANOVER CORPORATION, LLC., ) CASE NO. 06-06087-KL2-7
One Lakeview Place )
25 Century Blvd., Ste. 208 ) CHAPTER 7
Nashville, TN  37214 )
    Debtor. )

## SWORN DECLARATION

1. My name is Max Bryant.

2. That I am over the age of 18 and a resident of the United States of America.

3. That Elsie Bryant, my Mother, was a widow when she died on 1/24/2008 in Tennessee and that my sister Beverly Cochran and were appointed as co executors in my mothers will as evidenced by the supporting Documents filed as an attachment to this motion; furthermore all proceeds of her estate were to be equally divided between me and my sister.

4. That a Proof of Claim was filed and allowed in the above captioned Bankruptcy Case. The Proof Of Claim included supporting documentation evidencing Elsie Bryant is a creditor and has a right to a pro rata share of funds recovered by the Chapter Trustee in the above captioned Bankruptcy case.

5. That I have been notified that there are unclaimed funds in the Registry of the United States Bankruptcy Court that are owed to Elsie Bryant or her Estate.

6. That my sister Beverly Cochran and myself, Max Bryant were the only children and heirs at law of Elsie Bryant at the time of her death.

7. That my mother Elsie Bryant had a will, however the will was never probated and therefore died intestate.

8. That according to intestate distribution for the State Of Tennessee, Elsie Bryant's personal property, being the proceeds of her Bankruptcy Claim, would be evenly distributed between Beverly Cochran and Max Bryant, her heirs at law.

9. That my sister Beverly Cochran is deceased and her portion would be distributed pursuant to the terms of her estate.

10. That as an heir at law, and pursuant to the Tennessee laws of intestate distribution, I am entitled to 50% of the proceeds of the claim of the Estate of Elsie Bryant. I have an absolute right to 50 % of any funds owed Elsie Bryant or her Estate.

11. That I hired Howard G. Pick, an Attorney licensed to practice Law in the State of Tennessee and the United States Bankruptcy Court for the Middle District of Tennessee to file a motion to withdraw any and all unclaimed funds due Elsie Bryant or her Estate.

12. That I declare that all of the information contained in heretofore Affidavit true and correct.

This  10  Day of June , 2014.

_/S/ Max Bryant_
Max Bryant
5 South Street
Randolph, VT 05060
(802) 728-3703


STATE OF  NH
COUNTY OF  Grafton

    Personally Appeared before me, the undersigned, a Notary Public, in and for said County and State, Max Bryant, the within named, a person with whom I am personally acquainted, or proved to me on the basis of satisfactory evidence, and who under oath acknowledged that he executed the within Affidavit for the purposes therein contained.

    WITNESS my hand and official seal this  10th  Day of June, 2014.

Priscilla Ann Baraualle
Notary Public

My Commission Expires: June 4, 2019