IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
HANOVER CORPORATION, LLC,     )
Debtor                                )   CHAPTER  7
One Lakeview Place             )  CASE NO. 06-06087-KL
25 Century Blvd., Ste.  208    )
Nashville,  TN  37214         )

# ORDER

      BEFORE the court is the Motion of Max Bryant, Claimant in the above captioned case, who is requesting this Court enter an Order directing payment of one half (1/2) of the  funds being held in the Registry of the Court for the Estate of Elsie Bryant.

      Claimant, Max Bryant, having fully complied with Local Bankruptcy Rule 3011-1and LBR 9013; and no Creditors or Parties in Interest having timely  Objected.

      This Court finds the Claimants Motion is well founded.

      The funds held in the Registry of this Court for Elsie Bryant (deceased)  in the amount of  $ 3,348.60  shall be released to Max Bryant.

      IT IS ORDERED the Clerk remit to Max Bryant @ 5 South St. Randolph, VT 05060 the sum of  $ 3,348.60 which is one half of the amount deposited in the Treasury of the United States as unclaimed funds of the Estate of Elsie Bryant.


AAPOVED FOR ENTRY:

**__/S/ HOWARD G. PICK_**

Howard G. Pick, Esquire #017686      *This Order Was Signed and Entered*
Post Office Box 3285                   *Electronically as  Indicated at the Top Of*
Crossville, TN 38557                     *The First Page*
(931)456-8999 / (931) 456-8989 Fax
**HGPICK@CITLINK.NET**