*Keith M. Lundin*
U.S. Bankruptcy Judge
Dated: 6/25/2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

HANOVER CORPORATION, LLC,

Debtor.

CHAPTER 7
CASE NO. 06-06087-KL

### ORDER DIRECTING DISBURSEMENT OF UNCLAIMED FUNDS

Before the court is the Motion of Max Bryant, Claimant in the above captioned case, who is requesting this Court enter an Order directing payment of one half (1/2) of the funds being held in the Registry of the Court for "Beverly Coahran Adm. of Estate of Elsie A. Bryant."

Claimant, Max Bryant, having fully complied with Local Bankruptcy Rule 3011-1 and LBR 9013 and no Creditors or Parties in Interest having timely Objected.

This Court finds the Claimants Motion is well founded.

The funds held in the Registry of this Court for "Beverly Coahran Adm. of Estate of Elsie A. Bryant" in the amount of $3,348.60 shall be released to Max Bryant.

IT IS ORDERED that the Clerk shall remit to Max Bryant the sum of $3,348.60, which represents one half of the amount deposited in the Treasury of the United States as unclaimed funds held on behalf of "Beverly Coahran Adm. of Estate of Elsie A. Bryant." Because of limitations on partial fund disbursements in the court's accounting software, the Clerk is further directed to deplete the unclaimed funds account of "Beverly Coahran Adm. of Estate of Elsie A. Bryant" by remitting a check for the remaining amount in the account to "The U.S. Bankruptcy Court." The Clerk shall then immediately redeposit these funds in a new unclaimed funds account held on behalf of "Beverly Coahran Adm. of Estate of Elsie A. Bryant."

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.