IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: Hanover Corporation, LLC.   )
                                    )
                                    )  CASE NO. : 06-06087
                                    )  CHAPTER: 7
Debtor(s).                          )  JUDGE: Keith Lundin
                                    )

FILED 2014 OCT 15 AM 9:03
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** November 4, 2014

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** 9:00 A.M. on November 25th, Court Room Two, 701 Broadway, Customs House, Nashville, TN 37201

---

## NOTICE OF MOTION TO RECEIVE UNCLAIMED FUNDS

Vergene Smith has asked the court for the following relief: to receive her unclaimed funds from Hanover Corporation.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

Case 3:06-bk-06087   Doc 264   Filed 10/15/14   Entered 10/16/14 08:26:03   Desc Main
Document     Page 1 of 6

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:                                    Signature: _____
                                         Name: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
HANOVER CORPORATION, LLC ) CASE NO. 06-06087
) CHAPTER
Debtor(s). ) JUDGE
)

*Amended* MOTION TO WITHDRAW UNCLAIMED FUNDS

Comes now R. Vergene Smith by and through counsel and moves for an order directing the Clerk to remit to the applicant the sum of $4,643.40, which was deposited into the Treasury of the United States as unclaimed funds for R. Vergene Smith.

Applicant certifies, under penalty of perjury, that:

(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to the Claimant.
(3) The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf.
(4) Applicant is the Claimant; or Applicant has authority to collect the funds on behalf of the Claimant as evidenced by the attached Power of Attorney or other proof that Applicant is an authorized representative for the Claimant.
(5) No other motion is pending for recovery of the same unclaimed funds.
(6) Applicant has complied fully with the requirements of 28 U.S.C. ' 2042.

Dated: August 8, 2014

*Vergene Smith*
Vergene Smith
1159 Nashville Pike
Gallatin, TN 37066
(615) 289-0318
Claimant

Sutherland Law Office
Devon J. Sutherland, BPR#020302
700 East Main, Suite 201
Hendersonville, TN 37075
(615) 824-7059
Attorney for Claimant

# U.S. Bankruptcy Court for the Middle District of Tennessee
## Sealed Document Cover Sheet

State of Tennessee)
County of Sumner)

Personally appeared before me, the undersigned, a Notary Public in and for said County and State the within named **VERGENE SMITH** with whom I am personally acquainted or proved to me on the basis of satisfactory evidence, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witness my hand and official seal, this __8__ day of August, 2014

Linda C. Osborne
Notary Public:
Commission Expires: 10/24/17

## CERTIFICATE OF SERVICE

I hereby certify that on the __11__ day of __August__, __2014__, I mailed a copy of the foregoing to the following:

U.S. Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203-3870

U.S. Trustee
701 Broadway
Customs House Suite 318,
Nashville, Tennessee 37203,

Hanover Corporation, LLC

[name of debtor=s attorney], [address], [name of trustee], [address], and [name of Claimant], [address].

[Attorney for Applicant/Applicant]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: Hanover Corporation, LLC. )
)
) CASE NO. : 06-06087
) CHAPTER : 7
Debtor(s). ) JUDGE : Keith Lundin
)

### ORDER ALLOWING VERGENE SMITH TO RECEIVE UNCLAIMED FUNDS

This matter came before this court for unclaimed funds filed by Vergene Smith. Based upon the Pleading and proof submitted the motion should be granted. Therefore, It is ORDERED that **VERGENE SMITH** receive the unclaimed funds in the amount of $4,643.40 from Hanover Corporation.

Entered this 22 day of July, 2014.

JUDGE LUNDIN

Respectfully Submitted:

Devon Sutherland, Attorney, BPR # 020302
700 Johnny Cash Parkway Suite 201
Hendersonville, TN 37075
(615) 824-7059

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2014, a true and exact copy of the foregoing was sent via US Mail, with sufficient postage thereon, to the following:

U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

U.S. Trustee
701 Broadway, Customs House Suite 318
Nashville, TN 37203

Hanover Corporation, LLC.
25 Century Blvd. Ste 208
Nashville, TN 37214

_____
Devon Sutherland